# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH WESTFALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-434 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| HANS USALIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

This Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction on April 6, 2018, and set a response deadline for April 20, 2018. (Doc 3.) As the Court stated in its April 6, 2018 Order, this Court is required to address questions of subject matter jurisdiction of its own accord. Nesbit v. Gears Unlimited, Inc., 347 F.3d 72, 76-77 (3d Cir. 2003).

Plaintiff's Complaint (Doc. 4) identifies no valid grounds for the exercise of subject matter jurisdiction, and Plaintiff has failed to respond to this Court's Order to Show Cause. Plaintiff's Complaint asserts claims against Defendant "for emotional distress [and] for physical and emotional abuse on both me and my minor child." (Complaint at ¶ III.) While Plaintiff indicated that the jurisdictional basis for her suit is the existence of a federal question, there is no federal civil cause of action for emotional distress or for physical and emotional abuse. Therefore, the Court finds that Plaintiff has failed to state a valid basis for the exercise of this Court's subject matter jurisdiction and that the Court lacks jurisdiction over this action.

\* \* \*

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an action in a court of appropriate jurisdiction.

IT IS SO ORDERED.

April 23, 2018

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. mail):

**SARAH WESTFALL**
1406 Amanda St.
Pittsburgh, PA 15210

**HANS USALIS**
1309 LaBelle St.
Pittsburgh, PA 15221